# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | | |
|---|---|---|---|
| In Re: Gregory Allan Bledsoe | Kiley Waller Bledsoe | Case Number: | 13-31687 |
| 1899 Ballard Drive | | Judge: | Laura T. Beyer |
| Gastonia, NC  28054 | | Dated: | July 15, 2014 |
| SSN (1): XXX-XX-5142 | SSN (2): XXX-XX-4686 | | |

### MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Claim information in motion is current as of July 15, 2014.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| ACCESS ONE MED CARD | 10 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8679 |
| AEROFLOW HEALTHCARE | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8114 |
| AMERICAN HONDA FINANCE CORP | 6 | 1 | S-Secured-Pro-Rata | 50 | $7,275.27 | Pay by Trustee | 2503 |
| BEST BUY | 12 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6858 |
| CAROLINAS MEDICAL CENTER | 13 | 5 | U-Unsecured | 80 | $456.92 | Pay by Trustee | 3829 |
| CAROMONT HEALTH | 14 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8613 |
| CAROMONT HEALTH | 15 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4542 |
| CHRISTIANA TRUST | 3 | 9 | N-Mortgage/Lease Arrea | 50 | $12,060.12 | Pay by Trustee | 0461 |
| CHRISTIANA TRUST | 4 | 9 | M-Mortgage/Lease | 30 | $107,852.78 | CONDUIT | 0461 |
| CITIFINANCIAL | 16 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2245 |
| CMC FACULTY PHYSICIANS | 17 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7710 |
| COASTAL FEDERAL CREDIT UNION | 5 | 6 | S-Secured-Pro-Rata | 50 | $12,252.00 | Pay by Trustee | 9059 |
| COASTAL FEDERAL CREDIT UNION | 10,005 | 6 | U-Unsecured | 80 | $6,122.10 | Pay by Trustee | 9059 |
| COGGINS & LACINTMAN PA | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| COURTVIEW OB/GYN PA | 19 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8887 |
| CS CMG LLC | 20 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6580 |
| FOCUSED RECOVERY SOLUTIONS | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1195 |
| FROST ARNETT COMPANY | 22 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5637 |
| GASTON ANESTHESIA ASSOC | 25 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1513 |
| GASTON ANESTHESIA ASSOCIATES | 23 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1513 |
| GASTON ANESTHESIA ASSOCIATES | 24 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3818 |
| GASTON COUNTY TAX COLLECTOR | 7 | 8 | P-Priority | 70 | $258.37 | Pay by Trustee | 8466 |

CASE NO:  13-31687                                                                  DEBTORS: Gregory Allan Bledsoe AND Kiley Waller Bledsoe

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| GASTON COUNTY TAX COLLECTOR | 26 | 8 | U-Unsecured | 80 | $706.52 | Pay by Trustee | 6875 |
| GASTON GASTROENTEROLOGY PA | 27 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6173 |
| GASTON MEMORIAL HOSPITAL | 28 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8679 |
| GASTON RADIOLOGY | 29 | 3 | U-Unsecured | 80 | $2,186.53 | Pay by Trustee | 2809 |
| GASTON RADIOLOGY | 40 | 4 | U-Unsecured | 80 | $72.81 | Pay by Trustee | 0671 |
| GASTON RADIOLOGY | 41 | 2 | U-Unsecured | 80 | $4.93 | Pay by Trustee | 1775 |
| GASTON RADIOLOGY | 42 | 10 | U-Unsecured | 80 | $964.89 | Pay by Trustee | IVEN |
| INTERNAL REVENUE SERVICE | 8 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| M2 CREDIT CARE | 30 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3612 |
| NC DEPARTMENT OF REVENUE | 9 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| ORCHARD BANK | 31 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3365 |
| PARAGON REVENUE GRP | 32 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| PEDIATRIX MEDICAL GROUP | 33 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1195 |
| PMAB INC | 34 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| PMAB INC | 35 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| PROFESSIONAL RECOVERY | 36 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| REVENUE RECOVERY CORP | 37 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5090 |
| SEARS | 38 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5866 |
| VEIN SPECIALISTS OF THE SOUTH | 39 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5086 |
| WAYNE SIGMON | 1 | | B-Base Attorney Fee(s) | 20 | $1,341.00 | Pay by Trustee | |
| WAYNE SIGMON | 2 | | B-Base Attorney Fee(s) | 50 | $2,559.00 | Pay by Trustee | |

Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: July 15, 2014                                         Warren L. Tadlock
                                                             Standing Chapter 13 Trustee
                                                             5970 Fairview Road, Suite 650
                                                             Charlotte, NC  28210-2100

CASE NO:  13-31687                                       DEBTORS: Gregory Allan Bledsoe AND Kiley Waller Bledsoe

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtors' confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by August 01, 2014 at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 401 W TRADE ST.
> CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Tuesday, August 26, 2014 at 9:30 am at the following address.

> CHARLES JONAS FEDERAL BUILDING
> ROOM 126
> 401 WEST TRADE STREET
> CHARLOTTE, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: July 15, 2014                          Warren L. Tadlock
                                              Standing Chapter 13 Trustee
                                              By:  C. Jeter

CASE NO: 13-31687                                          DEBTORS: Gregory Allan Bledsoe AND Kiley Waller Bledsoe

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re: Gregory Allan Bledsoe      Kiley Waller Bledsoe        Case Number:    13-31687
1899 Ballard Drive                                            Judge:          Laura T. Beyer
Gastonia, NC  28054                                           Dated:          July 15, 2014

SSN (1): XXX-XX-5142              SSN (2): XXX-XX-4686

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on July 18, 2014.

C. Jeter
Office of the Chapter 13 Trustee

ACCESS ONE MED CARD, PO BOX 630814, CINCINNATI, OH 45263
AEROFLOW HEALTHCARE, PO BOX 371863, PITTSBURGH, PA 15250
AMERICAN HONDA FINANCE CORP, NATIONAL BANKRUPTCY CENTER, PO BOX 168088, IRVING, TX 75016
BEST BUY, PO BOX 5238, CAROL STREAM, IL 60197
CAROLINAS MEDICAL CENTER, PO BOX 32861, CHARLOTTE, NC 28232
CAROMONT HEALTH, PO BOX 1747, GASTONIA, NC 28053
CAROMONT HEALTH, PO BOX 277487, ATLANTA, GA 30384
CHRISTIANA TRUST, CARRINGTON MORTGAGE SERVICES, 1610 EAST SAINT ANDREW PLACE, SUITE B150, SANTA ANA, CA 72705
CITIFINANCIAL, PO BOX 183172, COLUMBUS, OH 43218
CMC FACULTY PHYSICIANS, PO BOX 70826, CHARLOTTE, NC 28272
COASTAL FEDERAL CREDIT UNION, PO BOX 58429, RALEIGH, NC 27658
COGGINS & LACINTMAN PA, PO BOX 21129, EAGAN, MN 55121
COURTVIEW OB/GYN PA, 527 S NEW HOPE ROAD, GASTONIA, NC 28054
CS CMG LLC, PO BOX 550878, GASTONIA, NC 28055
FOCUSED RECOVERY SOLUTIONS, PO BOX 63348, CHARLOTTE, NC 28263
FROST ARNETT COMPANY, PO BOX 198988, NASHVILLE, TN 37219
GASTON ANESTHESIA ASSOC, PO BOX 601713, CHARLOTTE, NC 28260
GASTON ANESTHESIA ASSOCIATES, PO BOX 190626, NASHVILLE, TN 37219
GASTON ANESTHESIA ASSOCIATES, PO BOX 849599, BOSTON, MA 02284
GASTON COUNTY TAX COLLECTOR, PO BOX 1578, GASTONIA, NC 28053-1578
GASTON GASTROENTEROLOGY PA, 2450 ABERDEEN BLVD STE A, GASTONIA, NC 28054
GASTON MEMORIAL HOSPITAL, PO BOX 1747, GASTONIA, NC 28053
GASTON RADIOLOGY, PO BOX 1495, GASTONIA, NC 28053
Gregory Allan Bledsoe, Kiley Waller Bledsoe, 1899 Ballard Drive, Gastonia, NC 28054
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
KIRSCHBAUM NANNEY KEENAN ET AL, PO BOX 19766, RALEIGH, NC 27619
M2 CREDIT CARE, PO BOX 748, CONCORD, NC 28026
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
ORCHARD BANK, PO BOX 5222, CAROL STREAM, IL 60197
PARAGON REVENUE GRP, PO BOX 127, CONCORD, NC 28026
PEDIATRIX MEDICAL GROUP, PO BOX 100445, ATLANTA, GA 30384
PMAB INC, PO BOX 12150, CHARLOTTE, NC 28220
PROFESSIONAL RECOVERY, CAROLINAS MEDICAL GROUP, PO BOX 51187, DURHAM, NC 27717
REVENUE RECOVERY CORP, PO BOX 2698, KNOXVILLE, TN 37901
SEARS, PO BOX 183081, COLUMBUS, OH 43218
SUSAN B SHAW, RCO LEGAL PC, 1587 NORTHEAST EXPRESSWAY, ATLANTA, GA 30329
VEIN SPECIALISTS OF THE SOUTH, PO BOX 116494, ATLANTA, GA 30368

Total Served: 37